**Order entered June 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00029-CR

**EX PARTE FRANK DELVIS MAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-2371-2012**

## ORDER

We **GRANT** appellant's June 3, 2013 motion to extend the time to file appellant's brief.

Appellant's brief tendered to the Clerk of the Court on June 3, 2013 is **DEEMED** timely filed as

of the date of this order.

We **EXTEND** the time to file the State's brief to **July 3, 2013**.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE